(82 South. 586)

MORRILL et al. v. STATE. (7 Div. 600.)

(Court of Appeals of Alabama. June 3, 1919.)

Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge.

Paul Morrill and others were convicted of manufacturing spirituous liquors contrary to law, and they appeal. Affirmed.

· J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

BRICKEN, J. The three defendants named in the indictment were tried and convicted for the offense of manufacturing spirituous liquors contrary to law.

This appeal is upon the record without a bill of exceptions. An examination of the record discloses no error. The judgment of conviction is therefore affirmed.

Affirmed.